# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: WARREN STEFFENS　　　　　§　　Case No. 10-75926
　　　　VICKI STEFFENS　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　Debtors　　　　　　　§

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/30/2010.

2) The plan was confirmed on 05/27/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/04/2011.

5) The case was dismissed on 11/16/2011.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $38,152.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 3,200.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 3,200.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,200.78 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 188.49 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,389.27 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTY BERNARD NATALE | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,200.78 | 0.00 |
| OCWEN LOAN SERVICING LLC | Sec | 14,000.00 | 17,206.54 | 810.73 | 810.73 | 0.00 |
| AT & T | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS, LLC | Uns | 160.00 | 151.35 | 151.35 | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Uns | 4,071.12 | NA | NA | 0.00 | 0.00 |
| ANDERSON FINANCIAL NETWORK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY THOMAS SANTARELLI | Uns | 2,940.00 | 2,963.90 | 2,963.90 | 0.00 | 0.00 |
| AURORA MEDICAL CENTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BRUESCHWITZ | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| CB&T | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 835.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Uns | 2,425.00 | 2,278.08 | 2,278.08 | 0.00 | 0.00 |
| CARMEL FINANCIAL | Uns | 300.00 | 350.07 | 350.07 | 0.00 | 0.00 |
| THE CBE GROUP INC | Uns | 252.00 | 2,428.78 | 2,428.78 | 0.00 | 0.00 |
| CBE GROUP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Uns | 138.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CBE GROUP | Uns | 163.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Uns | 1,366.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Uns | 1,332.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR | Uns | 340.00 | NA | NA | 0.00 | 0.00 |
| CITGO | Uns | 360.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 575.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT INC | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 145.00 | 134.48 | 134.48 | 0.00 | 0.00 |
| DR ROBERT E TRAUL | Uns | 1,050.00 | NA | NA | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 200.00 | 185.49 | 185.49 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 145.00 | 135.72 | 135.72 | 0.00 | 0.00 |
| DUBUQUE RADIOLOGY | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| DUPACO COMMUNITY CREDIT | Uns | 845.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY | Uns | 435.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY | Uns | 1,715.00 | NA | NA | 0.00 | 0.00 |
| FAMILY DOLLAR | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| FINLEY HOSPITAL | Uns | 1,330.00 | NA | NA | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 75.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| FINLEY HOSPITAL | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF MARIN | Uns | 575.00 | NA | NA | 0.00 | 0.00 |
| FIRST COLLECTION SERVICES | Uns | 491.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 600.00 | 397.55 | 397.55 | 0.00 | 0.00 |
| FROEDTERT MEDICAL CENTER | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| GALENA HOSPITAL | Uns | 1,225.00 | NA | NA | 0.00 | 0.00 |
| GALENA STATE BANK | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| GALENA STATE BANK | Uns | 495.00 | NA | NA | 0.00 | 0.00 |
| GALENA STRAUSS | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 1,000.00 | 111.30 | 111.30 | 0.00 | 0.00 |
| GASSERS | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| GEMB / SAMS CLUB | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| GINNY'S | Uns | 918.00 | 526.56 | 526.56 | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Uns | 134.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MERCY MEDICAL CENTER- | Uns | 67.00 | 67.00 | 67.00 | 0.00 | 0.00 |
| HFC | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| HIGHLAND COMMUNITY COLLEGE | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD CREDIT SERVICES | Uns | 570.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 552.00 | 331.91 | 331.91 | 0.00 | 0.00 |
| HSBC BANK | Uns | 603.00 | NA | NA | 0.00 | 0.00 |
| LLOYD CALLAWAY | Uns | 560.00 | NA | NA | 0.00 | 0.00 |
| MEA-AEA-KENOSHA | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL ASSOCIATES | Uns | 540.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL ASSOCIATES CLINIC PC | Uns | 900.00 | 1,139.41 | 1,139.41 | 0.00 | 0.00 |
| MEDICAL COLLEGE PHYSICIAN | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH CENTER | Uns | 1,600.00 | NA | NA | 0.00 | 0.00 |
| MERCY MEDICAL CENTER | Uns | 1,612.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 600.00 | 559.82 | 559.82 | 0.00 | 0.00 |
| GALAXY PORTFOLIOS, LLC | Uns | 1,370.00 | 1,272.49 | 1,272.49 | 0.00 | 0.00 |
| SOUTHWESTERN WI | Uns | 625.00 | NA | NA | 0.00 | 0.00 |
| TIM MILLER | Uns | 580.00 | NA | NA | 0.00 | 0.00 |
| TRAC-A-CHEC | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 75.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 320.00 | 320.07 | 320.07 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 105.00 | 105.00 | 105.00 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 111.00 | 111.30 | 111.30 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 70.00 | 180.16 | 180.16 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 391.00 | 390.65 | 390.65 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 349.00 | 348.92 | 348.92 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 75.00 | 74.85 | 74.85 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 595.00 | 594.80 | 594.80 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 905.00 | 904.50 | 904.50 | 0.00 | 0.00 |
| TRI-STATE ADJUSTMENTS | Uns | 240.00 | 278.18 | 278.18 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 25.00 | 23.19 | 23.19 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 1,629.00 | 3,432.42 | 3,432.42 | 0.00 | 0.00 |
| UHC PHYSICIANS CLINIC | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| USPS | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA & ANALGESIA PC | Uns | 0.00 | 20.00 | 20.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GALENA STRAUSS HOSPITAL | Uns | 0.00 | 521.80 | 521.80 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 0.00 | 367.50 | 367.50 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 0.00 | 344.85 | 344.85 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 0.00 | 201.70 | 201.70 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 0.00 | 2,856.25 | 2,856.25 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 0.00 | 48.53 | 48.53 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 0.00 | 43.85 | 43.85 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 0.00 | 55.37 | 55.37 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 0.00 | 111.30 | 111.30 | 0.00 | 0.00 |
| GALENA STRAUSS HOSPITAL | Uns | 0.00 | 69.56 | 69.56 | 0.00 | 0.00 |
| SPRINT.NEXTEL - DISTRIBUTIONS | Uns | 0.00 | 2,149.83 | 2,149.83 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 391.05 | 391.05 | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 0.00 | 490.98 | 490.98 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 810.73 | $ 810.73 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 810.73 | $ 810.73 | $ 0.00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 27,620.52 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 2,389.27 |
| Disbursements to Creditors | $ 810.73 |
| **TOTAL DISBURSEMENTS:** | $ 3,200.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 01/24/2012      By: /s/ Lydia S. Meyer
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)